# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BILLY RAWLS**                                                                      **PLAINTIFF**

v.                           No. 3:19-cv-291-DPM

**AETNA LIFE INSURANCE COMPANY**
**and PERFORMANCE FOOD GROUP, INC.**        **DEFENDANTS**

## ORDER

1. Performance Food Group is dismissed without prejudice. № 5; FED. R. CIV. P. 41(a)(1)(A)(i).

2. Aetna's unopposed motion, № 3, is granted. Answer or Rule 12(b) motion due by 16 December 2019.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 November 2019