## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

BILLY RAWLS                                                    PLAINTIFF

v.                               No. 3:19-cv-291-DPM

AETNA LIFE INSURANCE COMPANY
and PERFORMANCE FOOD GROUP, INC.              DEFENDANTS

## JUDGMENT

Rawls's complaint is dismissed with prejudice.  The Court retains

jurisdiction until 15 May 2020 to enforce the settlement.

_____
D.P. Marshall Jr.
United States District Judge

_____15 April 2020_____